No. 10-15387
N.D. Cal. No. 3:09-CV-01967-VRW

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

_____

SAMUEL MICHAEL KELLER,

Plaintiff and Appellee,

v.

ELECTRONIC ARTS, INC.,

Defendant and Appellant

_____

**NOTICE OF WITHDRAWAL OF COUNSEL AND REQUEST TO BE REMOVED FROM SERVICE LIST**

AMY E. MARGOLIN (No. 168192)
BIEN & SUMMERS
P.O. Box 410990 #536
San Francisco, CA 94141-0990
Tel: (415) 553-8744
Fax: (415) 898-1922

Attorneys for Amici Curiae the National Football League Players Association, the Major League Baseball Players Association, the National Hockey League Players' Association, the National Basketball Players Association and the Major League Soccer Players Union

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL:

Notice is hereby given that the undersigned counsel, Amy E. Margolin of the firm Bien & Summers, hereby withdraws as counsel for Amici curiae the National Football League Players Association, the Major League Baseball Players Association, the National Hockey League Players' Association, the National Basketball Players Association and the Major League Soccer Players Union, who are collectively referred to here as the "Professional Players Associations." The Players Associations consent to this withdrawal and will remain represented by other counsel, who filed their appearances on May 14, 2012.

The undersigned respectfully asks that the Court remove her name and that of her law firm from the electronic service list for these two consolidated appeals, and that the Court and all parties in these two consolidated appeals continue to serve Michael Rubin of the Altshuler Berzon firm with all relevant notices, papers and pleadings.

DATED: May 15, 2012

                        Respectfully,

                        BIEN & SUMMERS

                        By:    /s/ *Amy E. Margolin*
                                Amy E. Margolin

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on **May 15, 2012.**

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, to the following non-CM/ECF participants:

| | |
|---|---|
| Joe Sibley<br>CAMARA & SIBLEY LLP<br>2800 Post Oak Boulevard<br>Houston, TX 77056 | |

/s/ *Amy E. Margolin*
AMY E. MARGOLIN

- 2 -