10-15387

_____

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

_____

SAMUEL MICHAEL KELLER,

*Plaintiff and Appellee,*

v.

ELECTRONIC ARTS INC.,

*Defendant and Appellant.*

_____

On Appeal from an Order of the United States District Court
for the Northern District of California,
The Honorable Claudia A. Wilken
Case No. 3:09-CV-01967-CAW

_____

NOTICE OF INTENT TO FILE OPPOSITION TO AMICIS' MOTION FOR
LEAVE TO FILE SUPPLEMENTAL BRIEF AND MOTION FOR LEAVE TO
PARTICIPATE IN ORAL ARGUMENT

_____

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP | KEKER & VAN NEST, LLP |
| KELLI L. SAGER - #120162 | ROBERT A. VAN NEST - #84065 |
| ALONZO WICKERS IV - #169454 | STEVEN A. HIRSCH - #171825 |
| KAREN A. HENRY - #229707 | R. JAMES SLAUGHTER - #193813 |
| 865 S. Figueroa Street, Suite 2400 | 710 Sansome Street |
| Los Angeles, California 90017 | San Francisco, California 94111 |
| Telephone: (213) 633-6800 | Telephone: (415) 391-5400 |
| Facsimile: (213) 633-6899 | Facsimile: (415) 397-7188 |

Attorneys for Defendant/Appellant
Electronic Arts Inc.

Appellant Electronic Arts Inc. ("EA") respectfully gives notice that it will file an opposition to the Motion for Leave to File Supplemental Amici Brief and Motion for Leave to Participate in Oral Argument filed by amici the National Football League Players Association, the Major League Baseball Players Association, the National Hockey League Players' Association, the National Basketball Players Association, and the Major League Soccer Players Union.

RESPECTFULLY SUBMITTED this 17th day of May, 2012.

        DAVIS WRIGHT TREMAINE LLP
        KELLI L. SAGER
        ALONZO WICKERS IV
        KAREN A. HENRY

        KEKER & VAN NEST, LLP
        ROBERT A. VAN NEST
        STEVEN A. HIRSCH
        R. JAMES SLAUGHTER

        By /s/ Alonzo Wickers IV
              Alonzo Wickers IV

        Attorneys for Defendant/Appellant
        ELECTRONIC ARTS INC.

9th Circuit Case Number(s) | 10-15387  KELLER v. ELECTRONIC ARTS INC.

***

## CERTIFICATE OF SERVICE
### When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) May 17, 2012.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format) | / s / Yvonne Godson

***

## CERTIFICATE OF SERVICE
### When Not All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) _____.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Signature (use "s/" format)