No. 10-15387

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

_____

SAMUEL MICHAEL KELLER,

Plaintiff – Appellee,

v.

ELECTRONIC ARTS INC.,

Defendant – Appellant.
_____

On Appeal from
United States District Court, Northern District of California
Judge Claudia Wilken

_____

**OPPOSITION TO AMICI CURIAE THE NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION, ET AL. MOTION TO PARTICIPATE IN ORAL ARGUMENT AND TO ALLOW ADDITIONAL 10 MINUTES FOR ARGUMENT**
_____

| | |
|---|---|
| Steve Berman | Robert Carey |
| Erin Flory | Leonard Aragon |
| HAGENS BERMAN SOBOL SHAPIRO LLP | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 1918 Eighth Avenue, Suite 3300 | 11 West Jefferson Street, Suite 1000 |
| Seattle, Washington 98101 | Phoenix, Arizona 85003 |
| Telephone: (206) 623-7292 | Telephone: (602) 840-5900 |
| Facsimile: (206) 623-0594 | Facsimile: (602) 840-3012 |

Attorneys for Plaintiff-Appellee

## I.   INTRODUCTION

Plaintiff-Appellee Samuel Keller respectfully requests that the Court deny the Motion to Participate in Oral Argument and to Allow Additional 10 Minutes for Argument filed by Amici Curiae the National Football League Players Association, et al ("NFLPA").  Keller does not consent to the NFLPA's request to participate in oral argument, and its Motion should be denied because (1) the interests of the NFLPA are already fully briefed and part of the record; (2) the issues raised by the NFLPA can and will be addressed by Keller at oral argument; and (3) there are over forty amici participating in this case, and it would be imprudent to focus oral argument on the issues of one, especially against the wishes of the parties and when the legitimate interests of that amici are adequately handled in its brief.  The parties are fully capable of addressing all issues at oral argument, and consequently the Court should deny the NFLPA's Motion.

## II.   ARGUMENT

In the Ninth Circuit, an amicus may participate in oral argument only if the court grants permission.  FED. R. APP. P. 29(g).  And even if the court entertains a motion to participate in oral argument, the court is less likely to grant the motion without an allied party "willing to share its argument time…."  *Id.*, Note of Advisory Committee on 1998 amendments, Subdivision (g).  In the Supreme

1

Court, by way of reference, "such motions are granted only in the most extraordinary circumstances." SUP. CT. R. 28.7.

To date, the NFLPA has filed both original and supplemental briefs in this matter. The NFLPA's arguments are well-documented and therefore oral argument supporting its position is unnecessary and duplicative. Because the NFLPA has fulfilled its informative role through briefing, no extraordinary circumstances exist to justify oral argument by the NFLPA.

To the extent the NFLPA is worried that its First Amendment argument will not be fully addressed, the briefs address the issue and counsel understand the arguments and are capable of augmenting at oral argument, if necessary. But the NFLPA's general concerns, insofar as they pertain to this case, are identical to Keller's and are being protected by Keller. There is no reason to infuse this case with side arguments the NFLPA is pursuing for other contexts or venues, especially when doing so will spur other amici to request time, further delaying this appeal, or resulting in the exclusion of dozens of other amici, each of whom has a substantial interest. The NFLPA's business relationship with Electronic Arts does not elevate its concerns over those of the other amici. Because the positions of the NFLPA —and all other amici—have been fully briefed, its participation in oral argument is unnecessary.

### III. CONCLUSION

For these reasons, Keller respectfully urges the Court to deny the NFLPA's Motion to Participate in Oral Argument and to Allow Additional 10 Minutes for Argument.

Dated: May 18, 2012     HAGENS BERMAN SOBOL SHAPIRO LLP

By   s/ Robert B. Carey
        ROBERT B. CAREY

Leonard W. Aragon
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
rob@hbsslaw.com
leonard@hbsslaw.com

Steve W. Berman
Erin K. Flory
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
erin@hbsslaw.com

Stuart M. Paynter (226147)
THE PAYNTER LAW FIRM PLLC
1200 G Street N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 626-4486
Facsimile: (866) 734-0622
stuart@smplegal.com

Attorneys for Plaintiff-Appellee