**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 29 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES JIM BROWN,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>ELECTRONIC ARTS, INC., a Delaware corporation,<br><br>    Defendant - Appellee. | No. 09-56675<br><br>D.C. No. 2:09-cv-01598-FMC-RZ<br>Central District of California,<br>Los Angeles<br><br>ORDER |
| In re: NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGIATION,<br><br>SAMUEL MICHAEL KELLER; EDWARD C. O'BANNON, Jr.; BYRON BISHOP; MICHAEL ANDERSON; DANNY WIMPRINE; ISHMAEL THROWER; CRAIG NEWSOME; DAMIEN RHODES; SAMUEL JACOBSON,<br><br>    Plaintiffs - Appellees,<br><br> v.<br><br>ELECTRONIC ARTS INC.,<br><br>    Defendant - Appellant, | No. 10-15387<br><br>D.C. No. 4:09-cv-01967-CW<br>Northern District of California,<br>Oakland |

and

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; COLLEGIATE LICENSING COMPANY,

       Defendants.

Before: THOMAS and BYBEE, Circuit Judges, and QUIST, Senior District Judge.[*]

The motion of Electronic Arts to submit video game console, controllers, and video games is GRANTED.

---

    [*]    The Honorable Gordon J. Quist, Senior District Judge for the U.S. District Court for Western Michigan, sitting by designation.