**FILED**

UNITED STATES COURT OF APPEALS

JUN 29 2012

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGIATION, | No. 10-15387 |
| | D.C. No. 4:09-cv-01967-CW Northern District of California, Oakland |
| SAMUEL MICHAEL KELLER; et al., | |
| Plaintiffs - Appellees, | ORDER |
| v. | |
| ELECTRONIC ARTS INC., | |
| Defendant - Appellant, | |
| and | |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION and COLLEGIATE LICENSING COMPANY, | |
| Defendants. | |

Before: THOMAS and BYBEE, Circuit Judges, and QUIST, Senior District Judge.[*]

The motion for leave to file a supplemental amicus curiae brief filed by the

National Football League Players Association, the Major League Baseball Players

---

[*] The Honorable Gordon J. Quist, Senior District Judge for the U.S. District Court for Western Michigan, sitting by designation.

Association, the National Hockey League Players' Association, the National Basketball Players Association, and the Major League Soccer Players Union (collectively, "Player Associations") is GRANTED. The Player Associations' motion for leave to participate in the upcoming oral argument for this case is DENIED.